# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3869

_____

| | | |
|---|---|---|
| Paul E. Welch, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Mat Manning, Correctional Officer; | * | Southern District of Iowa. |
| Brian Neitzel, Correctional Officer; | * | |
| Andrea Wright, Grievance Officer; | * | [UNPUBLISHED] |
| Charlie Higgins, Warden; Lt. Keller, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 26, 2008
Filed: June 30, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Paul Welch appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Having carefully reviewed the record and considered Welch's arguments, we find no basis for reversal. See Choate v.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa.

Lockhart, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____